PROB 35
(Rev. 5/01)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Mississippi

UNITED STATES OF AMERICA

v.

Demoreo Aundrial Graves

Crim. No. 3:14CR46DCB-FKB-1

On __08/04/2017__ the above named was placed on probation/supervised release for a period of __3__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*Amanda C. Pierce*
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __15th__ day of __April__, __2019__.

United States District Judge